IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action 3:05-Cv-345

| | | |
|---|---|---|
| BELLSOUTH TELECOMMUNICATIONS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NORTH CAROLINA UTILITIES COMMISSION; JO ANNE SANFORD, Chairman; WILLIAM THOMAS CULPEPPER, III, Commissioner; ROBERT V. OWENS, JR., Commissioner; SAM J. ERVIN, IV, Commissioner; LORINZO L. JOYNER, Commissioner; JAMES Y. KERR, II, Commissioner; and HOWARD N. LEE, Commissioner (in their official capacities as Commissioners of the North Carolina Utilities Commission), | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER SUBSTITUTING PUBLIC OFFICER |
| Defendants. | | |

This cause came on to be heard upon Motion of defendants JoAnne Sanford, Chairman, and Commissioners William Thomas Culpepper, II, Robert V. Owens, Jr., Sam J. Ervin, IV, Lorinzo L. Joyner, James Y. Kerr, II, and Howard N. Lee, named in their official capacities as Commissioners of the North Carolina Utilities Commission ("Commissioners"), who notify the Court that Robert K. Koger is no longer a commissioner and his successor William Thomas Culpepper III is automatically substituted pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure. Accordingly, the Commissioners have requested that this order of substitution be entered and that the caption of the case be modified to substitute Commissioner Culpepper for former Commissioner Koger. The Court is of the opinion that the Motion should be allowed.

It is therefore ORDERED that Commissioner William Thomas Culpepper II, is

substituted for Robert K Koger as defendant, and the caption of the case is so modified as shown in the caption set forth in this Order.

Signed: May 10, 2006

Graham C. Mullen
United States District Judge

This the \_\_\_\_ day of _____, 2006.

        ROY COOPER
        Attorney General

        __s/ **Margaret A. Force**_____
        Margaret A. Force
        Assistant Attorney General
        State Bar No.15861
        Attorney for Defendants

        N.C. Department of Justice
        Post Office Box 629
        Raleigh NC  27602
        Telephone:  (919) 716-6053
        E-mail:pforce@ncdoj.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing PROPOSED ORDER SUBSTITUTING PUBLIC OFFICER in the above titled action on Matthew P. McGuire, a registered participant in the CM/ECF System by filing the document electronically with the Clerk of the Court using the CM/ECF system. In addition, I have served this document by electronic mail and by placing a copy thereof in the United States Mail, first class postage prepaid, and addressed as follows:

>Frank A. Hirsch, Jr.
>Matthew P. McGuire
> Nelson Mullins Riley & Scarborough LLP
>GlenLake One, Suite 200
>4140 Parklake Ave.
>Raleigh, NC 27612
>matt.mcguire@nelsonmullins.com

This the 10th day of May , 2006.

>s/ Margaret Force
>Margaret A. Force
>Assistant Attorney General