# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bellsouth Telecommunications, Inc.,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:05cv345

Jo Anne Sanford, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2006 Order.

May 16, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk