# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bellsouth Telecommunications Inc.,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-345

Jo Ane Sanford, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2007 Order.

Signed: August 28, 2007

Frank G. Johns, Clerk
United States District Court