# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## 3:05cv345


Bellsouth Telecommunications, Inc.,

       Plaintiff,

    V

North Carolina Utilities Commission, et al,

       Defendants.


## <u>ORDER</u>


      This matter is before the Clerk for purposes of returning the bond on deposit with the Clerk. Plaintiff posted a $100.00 bond with the Clerk in accordance with an Order of this court filed August 12, 2005, [entry #23].

      This case was closed on August 28, 2007, and an audit of the court's deposit fund reflected that the bond was not returned.

      Therefore, the $100.00 bond deposited by Plaintiff is to be returned to Frank Hirsch, Jr., plaintiff's counsel of record in this case.

      So Ordered, this 7th day of March, 2014.


Frank G. Johns, Clerk
United States District Court